# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kimberly Domantas
                            Plaintiff,

v.                                                                    Case No.: 1:21−cv−00232
                                                                     Honorable Gabriel A. Fuentes

Menard, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 29, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The parties are ordered to confer concerning a pretrial schedule for submission of proposed agreed or contested voir dire questions, statement of the case, motion in limine schedule, Daubert motion schedule, jury instructions, pre−trial order draft exchanges and filing, and pre−trial conference. The report of the parties' conference containing the proposed schedule is due by noon on 1/18/24. The jury trial date of 5/13/24 stands. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.