# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kimberly Domantas
                     Plaintiff,

v.
                                               Case No.: 1:21−cv−00232
                                               Honorable Gabriel A. Fuentes

Menard, Inc.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The court has reviewed the parties' proposed scheduling order for their upcoming trial (doc. #[110]), and adopts the parties' suggested dates and deadlines in full, and has added several deadlines concerning the filing of motions in limine as noted. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.