**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **KIMBERLY DOMANTAS,** | ) | |
| | ) | No. 21 C 232 |
| **Plaintiff,** | ) | |
| | ) | **Magistrate Judge Gabriel A. Fuentes** |
| v. | ) | |
| | ) | |
| **MENARD, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PROPOSED SCHEDULING ORDER**

1. By February 12, 2024, Plaintiff shall present a proposed Pre-Trial Order (PTO) to Defendant, including its anticipated motions in limine.

2. By February 16, 2024, Defendant shall respond to Plaintiff regarding her proposed PTO, including its anticipated motions in limine.

3. By February 20, 2024, the parties shall hold a Meet and Confer Conference regarding the PTO, which will include a briefing schedule of any Daubert motions, though none are anticipated. The Meet and Confer Conference shall also include a discussion of anticipated motions in limine and whether any are contested and shall also include a list of all agreed motions in limine to be included in a separate section of the PTO.

4. By February 22, 2024, the Final PTO shall be filed with the court.

5. By March 27, 2024, Plaintiff shall present proposed jury instructions to Defendant as well file any contested motions in limine with the court, so that they may be decided well in advance of trial.

6. By April 3, 2024, Defendant's shall tender its proposed jury instructions/objections to Plaintiff. as well file responses to Plaintiff's motions in limine and any such motions of its own with the court, so that they may be decided well in advance of trial.

7. By April 10 , 2024, the parties shall exchange proposed voir dire questions and Plaintiff will respond to Defendant's contested motions in limine.

8. By April 16, 2024, the parties shall hold a Meet and Confer Conference regarding their proposed voir dire questions/jury instructions.

9. By April 30, 2024, the parties' proposed agreed and/or contested jury instructions, voir dire questions, and objections are due to court.

10. By May 7, 2024, there shall be a Final Pretrial Conference.

11. On May 13, 2024, Trial will commence and is anticipated to last for three days.