## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kimberly Domantas

      Plaintiff,

v.                 Case No.: 1:21−cv−00232
                Honorable Gabriel A. Fuentes

Menard, Inc.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2024:

  MINUTE entry before the Honorable Gabriel A. Fuentes: For the reasons stated in the accompanying order, the Court denies without prejudice all three of Plaintiff's motions in limine, enters and continues Defendant's first motion in limine, and denies without prejudice Defendant's second motion in limine (D.E. [115]). ENter Order. The parties' joint submission with the information requested by the Court with respect to Defendant's first motion in limine is due by noon on Friday, March 15. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.