# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Kimberly Domantas
                      Plaintiff,

v.                                                           Case No.: 1:21−cv−00232
                                                                Honorable Gabriel A. Fuentes

Menard, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Final pre−trial conference set for 9 a.m. on 5/7/24 in Courtroom 2266 of the Dirksen U.S. Courthouse. The earlier proposed scheduling order (doc. #[112]) is expressly adopted by the Court, and if there have been any issues with the pre−trial schedule since that order was submitted as a proposed order, the parties kindly are requested to advise the Court in a status report now due at noon on 5/2/24 and containing any agenda items for discussion at the pretrial conference in addition to those set forth in the proposed pretrial order (doc. #[115]). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.