# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kimberly Domantas
        Plaintiff,

v.                     Case No.: 1:21−cv−00232
                    Honorable Gabriel A. Fuentes

Menard, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 3, 2024:

  MINUTE entry before the Honorable Gabriel A. Fuentes: The Court has reviewed the parties' status report [D.E. [126]] in advance of the pretrial conference set for 5/7/24 and appreciates the effort both sides have made to come to agreement on as many issues as possible in advance. The Court will be ready to hear argument on (as necessary) and rule on the remaining motion in limine and outstanding issues regarding voir dire, jury instructions, and any other issues that need to be addressed in advance of trial. In the meantime, the parties are ordered to file a short joint status report by 3 pm today, 5/3/24 confirming the anticipated length of the trial, inclusive of jury selection and presentation of the case. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.