**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY DOMANTAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MENARD, INC.,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-00232<br><br>Honorable Gabriel A. Fuentes |

### JOINT STATUS REPORT

　　　　Pursuant to the Court's May 3, 2024, Minute Entry [Dkt. # 127], the parties jointly submit the following status report confirming the anticipated length of the trial, inclusive of jury selection and presentation of the case:

1. The parties can confirm that only three witnesses are slated to testify by agreement -- the plaintiff, and two Menard post-occurrence witnesses. (The court has yet to rule on whether plaintiff can force Menard to bring two additional untimely-disclosed witnesses to trial).

2. No treating physician is to testify because the parties worked out stipulated testimony of the only treating physician disclosed under 26(a)(2)(c).

3. The defense *may* read less than 15 minutes of the testimony of Dr Doshi, if needed, in its case-in-chief.

4. The parties have some difficulty concluding precisely how long jury instruction will take because they are unfamiliar this this court's procedure but estimate a half-day for selection.

5. So, with opening and closing arguments of less than an hour a piece, the parties anticipate 2-3 days of trial.

Dated: May 3, 2024
Respectfully submitted,

|  |  |
|---|---|
| Kimberly Domantas<br>By: /s/ Danielle A. Pinkston<br><br>Danielle A. Pinkston<br>Pinkston Law Group, P.C.<br>54 N. Ottawa St., Ste. #110<br>Joliet, IL 60432<br>Office: (773) 770-4771<br>dpinkston@pinkstonlawgroup.com | **MENARD, INC.**<br>By: */s/ W. Anthony Andrews*<br><br>W. Anthony Andrews<br>Joseph S. Davidson<br>Ottosen DiNolfo Hasenbalg<br>& Castaldo, Ltd.<br>1804 N. Naper Blvd.<br>Suite 350<br>Naperville, IL 60563<br>(630) 682-0085<br>wandrews@ottosenlaw.com<br>jdavidson@ottosenlaw.com |