## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Kimberly Domantas

Plaintiff(s),

v.

Menard, Inc.

Defendant(s).

Case No. 21 C 232
Judge Gabriel A. Fuentes

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☑ in favor of plaintiff(s) Kimberly Domantas
and against defendant(s) Menard, Inc.
in the amount of $ 114,000.00

which ☐ includes    pre–judgment interest.
☑ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Gabriel A. Fuentes    presiding, and the jury has rendered a verdict.
☐ tried by Judge                                   without a jury and the above decision was reached.
☐ decided by Judge                                 on a motion

Date: 5/15/2024                Thomas G. Bruton, Clerk of Court

                               Lauren Knight        , Deputy Clerk